IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN L. FEINGOLD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARBARA QUINN, Executrix | : | |
| of the Estate of | : | |
| Theresa Thompson, Deceased | : | |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | NO. 12-3503 |

ORDER

AND NOW, this 6th day of December, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Liberty Mutual Automobile Insurance Company to dismiss the third-party complaint of Barbara Quinn against it (Doc. #7) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                   J.